# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DAVID W. WAGSTAFF, JR.,

      Plaintiff,

v.                                          Case No:  8:11-CV-2849-T-30MAP

CAROLYN W. COLVIN,[1]
Commissioner of Social Security,

      Defendant.

_____/

# <u>ORDER</u>

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #15) and the Objections (Dkt. #16) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

---

[1]Colvin became the Acting Commissioner of Social Security on February 1, 2013, replacing Michael J. Asture who resigned effective February 13, 2013.

1.      The Report and Recommendation (Dkt. #15) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.      The decision of the Defendant Commissioner is AFFIRMED.

3.      Plaintiff's Complaint (Dkt. #1) is dismissed.

4.      The Clerk is directed to enter judgment pursuant to Rule 58 in favor of the Defendant.

5.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 12, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2849.adopt 15.wpd